IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| LEE WIGOD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:19-cv-06953 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 24, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before any judge sitting on the matter in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present Lori Wigod's Motion to Stay Deposition and Production Pending Ruling on Motion to Quash.

Dated: October 22, 2019            Respectfully submitted,

**Lori Wigod,**

By: /s/ Steven L. Woodrow

Marc E. McCallister
mem@mccallisterlawgroup.com
McCallister Law Group
120 North LaSalle St., #2800
Chicago, IL 60602
(312) 345-0611

Steven L. Woodrow

swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2019, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, and I will send copies of such paper to all counsel of record via electronic mail.

/s/ Steven L. Woodrow